UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SAIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PUTNAM and SCHRIEBER,<br><br>        Defendants. | No. 1:20-cv-01231-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

    Plaintiff Martin Saiz is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's complaint against Defendants Putnam and Schrieber for violating his due process and First Amendment rights. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 19, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that all claims and defendants be dismissed, except for plaintiff's claims against "Putnam and Schrieber for (1) violating his due process rights with respect to housing him in administrative segregation and (2) violating his First Amendment rights by retaliating against him for his protected speech." (Doc. No. 11 at 2.)

    Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed

objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on November 18, 2020 (Doc. No. 11), are ADOPTED IN FULL;
2. All claims and defendants are dismissed, except plaintiff's claims against defendants Putnam and Schrieber for (1) violating his due process rights with respect to housing him in administrative segregation and (2) violating his First Amendment rights by retaliating against him for his protected speech; and
3. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **January 11, 2021**

UNITED STATES DISTRICT JUDGE